Gapdlops
                         Sentence

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,              New York, N.Y.

4              v.                           14 Cr. 0652(PGG)

5    LUIS LOPEZ,

6                  Defendant.

7    ------------------------------x

8
                                           October 25, 2016
9                                          3:00 p.m.

10
     Before:
11
                      HON. PAUL G. GARDEPHE,
12
                                           District Judge
13

14                        APPEARANCES

15   PREET BHARARA
          United States Attorney for the
16        Southern District of New York
     BY:  LAURIE A. KORENBAUM
17        Assistant United States Attorney

18   LAW OFFICE OF ANTHONY L. RICCO
          Attorneys for Defendant
19   BY:  ANTHONY L. RICCO
          STEVEN Z. LEGON
20

21          – also present –

22   Det. Steven Berger, Bronx Cold Case Unit

23

24

25

                     SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

Gapdlops

Sentence

1      THE CLERK:  I call the case of the United States of

2  America versus Luis Lopez.

3      Is the government ready?

4      MS. KORENBAUM:  Yes.  Good afternoon, your Honor.

5  Laurie Korenbaum for the government.  With me at counsel table

6  is Detective Steven Berger of the New York City Police

7  Department.

8      THE CLERK:  Defendant ready?

9      MR. RICCO:  Yes.  Good afternoon, your Honor.  Anthony

10  Ricco for Luis Lopez, and I'm joined at counsel table by Steven

11  Legon.

12      And just for the record, your Honor, seated behind me

13  to my right is the family of Mr. Lopez and I believe over my

14  left shoulder is the family of the deceased.

15      MS. KORENBAUM:  That is correct, your Honor.

16      THE COURT:  All right.  Let me first inquire of the

17  government.  I was told that some members of Mr. Balcarran's

18  family wish to address the Court.  Is that true?

19      MS. KORENBAUM:  That is correct, your Honor.

20      THE COURT:  All right.  In preparation for sentencing,

21  I have read the presentence report dated May 11, 2016.  I've

22  read a letter from the government dated October 20, 2016.  I've

23  read a letter from defense counsel dated October 3, 2016.  I've

24  read an undated handwritten letter from Mr. Lopez as well as a

25  typewritten letter from Mr. Lopez that is dated May 10, 2016.

SOUTHERN DISTRICT REPORTERS, P.C.<br>(212) 805-0300

Gapdlops
Sentence

1   I have also read an October 24, 2016 submission from defense

2   counsel along with the letters attached from Mr. Lopez's

3   family, also certificates from the MDC.  And then, finally, I

4   have read five letters from Mr. Balcarran's family and friends

5   that are in the nature of victim impact statements.

6          Mr. Ricco, have you read the presentence report, its

7   recommendation, and discussed it with Mr. Lopez?

8          MR. RICCO:  Yes, your Honor.

9          THE COURT:  And, Mr. Lopez, have you read the

10  presentence report and its recommendation and discussed it with

11  Mr. Ricco?

12         THE DEFENDANT:  Yes.  Yes, your Honor.

13         THE COURT:  Mr. Ricco, do you have any objections to

14  the factual portions of the presentence report?

15         MR. RICCO:  None, your Honor.

16         THE COURT:  Does the government have any objections to

17  the factual portions of the presentence report?

18         MS. KORENBAUM:  We do not, your Honor.

19         THE COURT:  Then I hereby adopt the findings of fact

20  set forth in the presentence report.

21         Although I am not required to impose sentence in

22  accordance with the Sentencing Guidelines, I am required to

23  consider what the Sentencing Guidelines recommend in terms of a

24  sentence.

25         Here, the Probation Department determined that Mr.

Gapdlops

Sentence

1    Lopez's base offense level is 43 because he pleaded guilty to

2    aiding and abetting murder under Title 18 United States Code

3    Section 924(j).  Mr. Lopez's offense level was reduced by three

4    levels for acceptance of responsibility, resulting in a total

5    offense level of 40.

6         The Probation Department determined that Mr. Lopez has

7    no criminal record.  Accordingly, has zero criminal history

8    points and falls within Criminal History Category I.

9         Offense level 40 at Criminal History Category I yields

10   a guidelines' range of 292 to 365 month's imprisonment.

11        Mr. Ricco, any objection to the accuracy of the

12   guidelines' calculations as I have stated them?

13        MR. RICCO:  No, your Honor.

14        THE COURT:  Does the government have any objections to

15   the accuracy of the guidelines' calculations as I have stated

16   them?

17        MS. KORENBAUM:  We do not, your Honor.

18        THE COURT:  Then based on my independent evaluation of

19   the Sentencing Guidelines, I accept the calculations set forth

20   in the presentence report.  Accordingly, I filed that the

21   offense level is 40, the Criminal History Category is I, and

22   the recommended range under the guidelines is 292 to 365

23   months' imprisonment.

24        I'll hear from you, Mr. Ricco, as to an appropriate

25   sentence.

Gapdlops

Sentence

1          MR. RICCO:  Yes, your Honor.

2          We have asked the Court to consider sentence at

3   variance with the guidelines because we believe that there are

4   factors present in the background and history of the defendant

5   and circumstances of the offense which would give strong

6   consideration to a sentence at variance with the guidelines.

7          Judge, I want to say from the outset that this case is

8   disturbing, for a lot of reasons.  One reason, of course, is

9   that a human being lost their life, another person in the

10  community has been killed as a result of the scourge of the

11  sale of drugs in the community, where a lot of people in the

12  courtroom live.

13         The case is disturbing from another aspect.  I have

14  had an opportunity to read the letters written by the family of

15  Mr. Balcarran, and I have had the opportunity to read the

16  letters written by the family of Mr. Lopez.  It's interesting,

17  Judge, that both letters are very similar.  Both letters talk

18  of the loss of having a father.  They talk about loving

19  individuals.  They both speak of the beautiful things that were

20  done by them.  Both speak of how young people were inspired by

21  them.  But there's something missing from both letters, and

22  that is the staggering way that drugs have destroyed the lives

23  of people and the impact that it has on generations of people;

24  many of them are here on both sides.

25         Many of us live in a community that's trying to come

Gapdlops

Sentence

1    to grips with decades of the proliferation of drug sales.  And

2    what we see from these cases is that good people have no reason

3    to doubt one word what the people have said about

4    Mr. Balcarran, that he was pleasant and generous and

5    compassionate, that he was giving, and that he left behind many

6    people who grieve for his loss of life.  I have no reason to

7    doubt the statements made by Mr. Lopez's loved ones, from his

8    parents, from his children, from his sister, where they talk

9    about a loving, caring, compassionate man who gave a lot and

10   continues to give.  One man lost his life in the streets.  The

11   other man was a part of that event happening.  Both men's lives

12   intersected over what, Judge?  The sale of drugs in our

13   community.

14          One man threatened, as far as I know -- the defendant

15   pled and I'm just accepting the facts as they are set forth in

16   the PSR -- that a drug operation headed by Oscar Palmer,

17   supplied by a guy named Efrain Lora, who has been convicted

18   before your Honor, took over drug turf that used to belong to

19   Mr. Balcarran, and, apparently, as set forth in paragraph 17 of

20   the PSR, Mr. Balcarran approached Mr. Lopez and threatened him

21   and said, You've got to pay to sell drugs here or I'm going to

22   force you to do it.  I'm going to force you out.  Well, in the

23   streets we know what that means.  That means that destruction

24   is going to follow.

25          And what are the men fighting over?  They're fighting

Gapdlops

Sentence

1    over the right to sell drugs in the community where their

2    families reside, both the victim's family and in this case

3    Mr. Lopez's family.

4         Mr. Lopez is sitting here today and he is weeping,

5    Judge, and I believe that his tears are legitimate.  I believe

6    that in his heart he recognizes now what he was a part of.  He

7    recognizes how his conduct contributed to the loss of life of

8    Mr. Caban -- I'm sorry, of Mr. Balcarran.

9         Your Honor, last week I was at the funeral of the

10   mother of a defendant who was tried in this courthouse 38 years

11   ago and sentenced to life, and I watched as his children cried

12   that they had never seen their father outside of prison, that

13   their grandkids never saw him, and I sat in that funeral parlor

14   wondering where all of this was going to end.  And I thought it

15   was so interesting that as his children reflected upon the life

16   of their dad, none of them considered the fact that their

17   father was involved in a very serious, deadly business and it

18   had enormous consequences.  Those consequences resulted in him

19   being imprisoned for the rest of his life.  He was sentenced

20   and convicted.  His name is Peter Monsanto.  And it just struck

21   me, Judge, that all of these years later, decades later, that

22   this conduct is still around and that people are unable

23   to --communities are unable to come to grips with the conduct

24   that apparently good men are involved with.

25        I have no reason to doubt that Mr. Balcarran was a

Gapdlops
Sentence

1    good man, and I have no reason to doubt that Mr. Lopez was a

2    good person, as stated in the reports.  Both men were involved

3    in a very, very harmful business, where violence and gun

4    violence and force and extortion are part of it.  Mr. Dery

5    Caban testified that he shot and killed Mr. Balcarran.  He has

6    a cooperation agreement and he will be before the Court for

7    sentencing one day.  Currently, Mr. Caban was not a person who

8    was involved in the drug business; he was just Mr. Lopez's

9    cousin.  And I'm also told that when all of this was done,

10    Mr. Efrain Lora, who was convicted before your Honor, continued

11    selling drugs out of that same location, having eliminated

12    Mr. Balcarran.

13           Judge, we have mentioned the fact, but didn't want to

14    overstate the fact, and perhaps we did, that Mr. Lopez, this

15    was an event that chased him from drugs.  He should have been

16    chased the day before; perhaps this wouldn't have happened.  I

17    don't know that, Judge.  Mr. Lopez was not a decision maker

18    here.  He was not a person who controlled this area.  He was a

19    street-level worker.  He worked for Oscar Palmer and Luis

20    Trujillo, and they were supplied by Mr. Lora.  After this

21    horrible event happened, the person that went on with business

22    as usual was Mr. Lora.  The person that left in fear and in

23    shame is Luis Lopez.  He is the person before you today for

24    sentencing.

25           We told the Court a little bit about what he's been

Gapdlops
Sentence

1    doing since that time.  Not in the way, in any way, is it an

2    explanation or an excuse for the conduct that happened here.

3    He was a doorway, a conduit.  It was his cousin who actually

4    did the shooting, but in this business, Judge, he could have

5    hired any kid out of the neighborhood to do this.  It just

6    didn't happen.  The threat wasn't against Mr. Lopez.  The

7    threat was against Mr. Lora and Mr. Palmer and Mr. Trujillo,

8    who used people like Mr. Lopez like pawns.  And when Mr. Lopez

9    was gone, they continued to use people in that neighborhood

10   selling their drugs and did so for many years afterwards.

11        We spoke about Mr. Lopez's conduct since then.  You

12   know, it is one thing to come in here and say you're sorry.

13   There used to be a great person living in Harlem; they used to

14   call him Crocodile Tears.  And then there's heartfelt remorse.

15   They are two different things.  So how do you tell which is

16   true?  Well, in this instance you have an opportunity to look

17   over the last decade of Mr. Lopez's life and see what has he

18   done.  What did he do?  What did he learn from this?  How did

19   this impact him?  And what everyone says is that what it did

20   was it had forced him to be the man that his parents always

21   wanted him to be, which was to be a good father and a husband,

22   to be a loving, caring person.  And, Judge, I have no reason to

23   doubt that that's not true.  And that's who he is at his core,

24   as a human being, which is why he's suffering today.

25        The first day I met Mr. Lopez he was crying so hard I

Gapdlops

Sentence

1    could barely make out what he was saying.  He struck me as a

2    man who was caught and his worst nightmare caught up with him.

3    But he also struck me as a man who is deeply in shame.

4          Now, one other point, Judge, and I raise it really as

5    a minor point but to help explain.  In our papers we weren't

6    trying to make a <u>Fernandez</u> type of claim, that Mr. Lopez

7    cooperated and he didn't get a letter.  Judge, I sat in on some

8    of those sessions.  Mr. Lopez -- the government did everything

9    they could to give Mr. Lopez an opportunity to come in.  They

10   certainly did.  There were many meetings.  The problem was

11   simple.  Every time we got together, he would tell a different

12   story.  And the stories weren't even close.  They were just,

13   What are you doing?  And the meetings were stopped.  And he was

14   spoken to, and he said, OK, I will do better.  And he would

15   come in and maybe the first five minutes it sounded good and

16   then he was just off.  And this went on for like maybe four

17   meetings.  And at that point the government, in exasperation,

18   having given him many, many opportunities to come in, decided

19   that we would just work out a plea agreement in the case.

20         Now, the defendant doesn't get any credit for that.

21   But my sense, Judge, is that he wanted to take responsibility

22   for what he had done here.  He wanted to try to cooperate.

23   Judge, my sense is that he was too afraid.  Too much anxiety to

24   do it.  And so it never happened for him.  He just was

25   incapable of pulling himself together to tell his very limited

                                    Sentence

1    role in this horrible event, and he just was unable to do it.

2    And I don't think that he was malicious about that in any way.

3    I think emotionally he just wasn't able to accomplish that.

4            I'm not -- Judge, there is a broad range of sentence

5    and punishment that could be imposed here.  I don't think

6    imposing a sentence one way or another can ever make up for the

7    loss of life.  But people are held accountable for their

8    conduct; they should be.  And I think everybody on both sides

9    expects that to happen today.

10           My belief, Judge, is that this is a difficult

11   sentence -- sentencing.  Mr. Lopez is clearly a lesser culpable

12   person here, though not in the guidelines' sense of having a

13   minor role, but just a person who has a lesser level of

14   culpability both before, during and afterwards.  That's

15   apparent.

16           And so what, then, is the sentence to be imposed upon

17   him?  We have asked the Court to consider his background,

18   consider his potential for redemption.  Yes, to consider his

19   family that loves him and are brokenhearted and, also, Judge,

20   to consider the family of Mr. Balcarran, and they have just as

21   much interest in the outcome of this case as anyone.  But this

22   is truly an event -- a confluence of events that neither the

23   victim's family nor Mr. Lopez's family apparently had no

24   knowledge of or were aware of because no one spoke about it.

25   They know these individuals for the good that they did in life.

Gapdlops

Sentence

 1    And so we submitted our request for sentence at variance with

 2    the guidelines.

 3            No recommendation was made because, quite frankly,

 4    Judge, I don't know what recommendation should be made.  I do

 5    know that this Court thinks very, very seriously and very

 6    heavily about the factors that are set forth in 3553(a), and

 7    this Court would probably do it even if the factors weren't set

 8    forth in 3553(a) but they are.  So we're asking the Court to

 9    impose a sentence at variance with the guidelines to take into

10    consideration all of the tremendous factors that the Court

11    must, the tremendous loss of life here, the waste of

12    fatherhood, the waste of promise, and impose a sentence that's

13    sufficient but not greater than necessary to address the loss

14    of life in this case.

15            Thank you very much, your Honor.

16            THE COURT:  Mr. Lopez, is there anything you want to

17    say before the Court imposes sentence?

18            THE DEFENDANT:  Yes.  Thank you, your Honor.

19            I would like to -- before I address my family, I would

20    like to say something first to the family of the victim.  I

21    want them to forgive just because I was there.  I'm really

22    sorry.  I want you to look at the eyes and see how sorry I am.

23    Sorry I ever been there and I didn't do anything about it.  I

24    was afraid.  I was young.  It was nothing I can do for stop

25    this.

Sentence

1    Now I'm here facing you, your Honor, and I feel so

2    sorry for what I've done.  I wish them to forgive me for never

3    say anything, to keep the silence for being scared.  Sorry,

4    guys.

5    Can I say something to my family now?

6    THE COURT:  Yes.

7    THE DEFENDANT:  I can look at them?

8    THE COURT:  Yes.

9    THE DEFENDANT:  I work hard for you.  And we got a lot

10   of dreams, remember?  Remember what I said, I was going to get

11   a house in Tampa my mother dreams, that I was just too -- I had

12   everything I want, but this is one of the saddest days of my

13   life to say goodbye to you because you remember what I used to

14   do.  I remember everything.  I'm really sorry.  There is

15   another family, you know.  You know that I did the best that I

16   can.

17   And to all my nephews, I love you so much.  Now this

18   is -- you gotta see me like this.  It's so sad because I'm your

19   role model.  I really apologize.  I want you to stay in school.

20   I want you to do the great work.  Remember, I told you, you are

21   going to be a great boxer in the future, remember?  Stay in

22   school.  I love you guys.

23   Your Honor, I want to apologize to you, your Honor,

24   for the mistake that caused my life, the life of my kids.  And

25   so much stuff that I have inside of me, so much talent that I

Gapdlops
Sentence

1    have, that I can do better, that I can make a promise of my

2    life.  Now my children stay without a home because of this.  My

3    children are suffering right now.  There is a lot of people

4    that come to this courtroom but they don't feel how I feel.

5          Yes, your Honor I made the mistake.  This mistake cost

6    me so much.  I was about to be a head mechanic, and look at me

7    now being sentenced.  Now, my family, they have nowhere to go.

8    But I have no excuse for being where I am at right now.  It was

9    all mine for being there.

10          I just wish this be over and I wish to be home with my

11   family, with my loved ones.  I wanted them be here because my

12   daughter just gave birth to my grandbaby that I haven't seen.

13   My son, my father.  This is not the person that I am.  It is

14   not.  The person that is in that paper is not me.  I'm a loving

15   father.  I am a good person.

16          All those kids back there, they are my nephews.  For

17   when I seen them was babies.  For them, I'm their superman.

18   It's so hard not to be around them when I'm out here and I

19   don't know what is going to happen to me, but I hope I'm home

20   shortly, that I can be home with my kids.  Only God knows.

21          And, your Honor, thank you for giving me this

22   opportunities.

23          Thank you, your Honor, for my last day.

24          THE COURT:  I'll hear from the government.

25          MS. KORENBAUM:  Thank you, your Honor.

Gapdlops

Sentence

1          I will be brief.

2          And, your Honor, Mr. Ricco spoke of the devastation to

3   the communities that is the result of this type of violence,

4   and it just makes me think that there are people, good people

5   within those communities who face the threat of violence and

6   face the prospect that something bad might happen to them.

7   They don't resort to murder, your Honor.  They resolve their

8   issues and they resolve their problems short of violence.

9          Mr. Lopez had a choice.  He had a choice to make.  The

10  choice that he made was to procure gunmen to solve his problem.

11  He could have resolved it in a different way and he chose not

12  to.  And so what we're left with now is devastation for both

13  families.  No doubt about that, your Honor, both families are

14  devastated.  We have both families without a father, and that

15  is the result of the choice that Mr. Lopez has made.

16          I question whether his level of culpability is that

17  low, your Honor.  Perhaps within the drug organization it was,

18  but he's the one who procured the gunmen.  He's the one who

19  went to his cousin, whom he believed to be a very violent man.

20  So there is no question how he chose to resolve his problems

21  and his issues.

22          And he must have been a valued member of that drug

23  organization if the leader of the organization trusted him so

24  much to bring him into a murder, and so I think his level of

25  culpability insofar as the murder is concerned certainly is

Gapdlops
Sentence

1    quite up there at the top, your Honor.

2            We have asked the Court to sentence Mr. Lopez within

3    the guidelines' rage.  We think it is appropriate for the

4    conduct.  It is appropriate for the consequences that resulted

5    from that conduct.  And so we would ask the Court once again to

6    sentence Mr. Lopez within the guidelines' range.

7            THE COURT:  Ms. Korenbaum, who is going to be speaking

8    on behalf of the family?

9            MS. KORENBAUM:  Your Honor, there are six family

10   members here.  Would you like me to identify them for the

11   record first?

12           THE COURT:  Yes.

13           MS. KORENBAUM:  Yes.  We have Mr. Balcarran's

14   daughter, Bethanni Balcarran; his fiancée at the time of the

15   murder, Terrelle Daniels; his sister -- and I hope I'm

16   pronouncing this correct -- Alnisa Dampier; his nephew, Shareef

17   Ferrer; his son-in-law, Dennis Derry, and his aunt, Stephanie

18   DeFelice.

19           THE COURT:  All right.  Ms. Balcarran, I'll hear from

20   you.

21           MS. BALCARRAN:  I'm so nervous.  My name is Bethanni

22   Balcarran.  I'm Andrew Balcarran's daughter.

23           When I was four my mother was murdered.  She was shot

24   in the head.  When I was 12, because of the lies of this man,

25   my father's life was taken.  My father wasn't with me for the

SOUTHERN DISTRICT REPORTERS, P.C.<br>(212) 805-0300

Gapdlops
Sentence

major milestones in my life:  The father/daughter dances, the

mother/daughter dances I couldn't attend.

I can't even read off the piece of paper.

My father wasn't there when I became a mother.  It

wasn't the best day of my life.  He wasn't there.  He didn't

speak of not seeing his grandchildren here, but my father can't

see his.  I have a little boy.  He is 2.  His name is Mason.

He is over here.  Stand up, Mason.

He acts just like my father, and when he moves I

can't -- I have to see his face.  His face is a reminder of

what happened.

My father -- I have a brother.  My father never got

the chance to introduce us as siblings so we're not close.  He

also has children who will never meet him either.  My father

and my brother never got the chance to have a relationship.  My

father was a good man.  He wasn't perfect.  He was a good man.

He had a heart.  He didn't deserve what happened.  He didn't.

I didn't deserve what happened.

This man lied to a member of his family, because he is

a coward, to have my father killed.  We speak of compassion.

We speak of his family.  This man had the food shot out of my

father's stomach and I had to see it and listen to it.

My life has been screwed because of him and his lies

and these coward men and their stupid decisions.  I'm young,

too.  I don't take people's lives because I was young and I

Gapdlops
Sentence

1    didn't know what I was doing.  Everybody knows what they're

2    doing when they're taking a life.

3          You knew what you were doing.  I'm getting married in

4    March.  My father's not going to be there to walk me down the

5    aisle.  Not only did this man take my father's life, he took

6    two.  Speak of his mother, the loss of his family.  After my

7    father was shot, my grandmother basically made it her life to

8    find who killed him to seek justice.  Her health declined.  The

9    last time the ambulance was called to her house to pick her up

10   before she died, on her walker spread out were my father's

11   funeral cards.  Shortly after that, my grandmother died holding

12   my hand -- with no justice.  This man doesn't deserve to walk

13   the streets.  He doesn't.

14         He altered my life, my family's lives through lies.

15   He's a liar.  He's a coward.  He is a murderer.  He can speak

16   to his family.  He can tell his children how much he loves

17   them.  My father never got to say a word to me.  My father

18   never got to tell me he loved me before he died, before his

19   food was shot out of his stomach.  And then I find out all his

20   cousin got after killing my father was a car ride and a

21   T-shirt -- cab fare and a T-shirt, and that's all my father's

22   life was worth.

23         This man doesn't deserve to walk the streets, your

24   Honor.  He doesn't.

25         That's all I could think of to say.

Gapdlops
Sentence

1    THE COURT:  Ms. Daniels.

2    MS. DANIELS:  I just want to say, I just wanted to put

3    a face of the person who life ruined my life and they gave him

4    ten years' house arrest, time to fix your life and change and

5    be sorry and hurtful and remorse, and we've been in pain since

6    2002 up until this minute.  So now your family, they got to

7    cry.  They've got to be hurt.  They've got to suffer.  They've

8    got to go through what we went through.  And I don't think we

9    should have no remorse.  I don't care if you are sorry, we all

10    in pain.

11    With you pain, you could see and could talk to you

12    through bars.  You ruined my life in spite of my face and can't

13    even look me in my face, so you're not sorry.

14    I've been sorry.  I'm still sorry.  I'm still in pain.

15    I want your family to feel that same pain.  That's what I want

16    to say.

17    THE COURT:  Ms. Dampier.

18    (Pause)

19    MS. DAMPIER:  Good afternoon, your Honor.

20    THE COURT:  Good afternoon.

21    MS. DAMPIER:  My name is Alnisa Dampier Miller.

22    Andrew was my brother.

23    First of all, I'd like to let you know that my mother

24    passed away before any of these things transpired.  My mother

25    was very hurt and she became obsessed with finding the people

Gapdlops
Sentence

1    that murdered my brother.  And I just would like to read a

2    little something.

3           I appreciate this opportunity to stand before you and

4    tell you who my brother, Andrew Balcarran, really was, but

5    first I'd like to allow my mother, Antoinette Balcarran Zaire,

6    to have her voice heard through me before I give my own

7    statement.

8           My mother passed away April 24, 2010.  No.

9    Correction.  She stopped breathing on that day.  She actually

10   died in the early morning hours of August 12, 2002.  My mother

11   walked this earth for her final eight years pursuing justice

12   for her son.  She plastered her GMC truck with posters of Oscar

13   Palmer, a/k/a "Tito," until she died.  She had extensive

14   contact with law enforcement pursuing this justice.  She was

15   unaware of the depth of involvement from the other people to

16   help bring them to justice.  However, she knew the names of

17   some of the key players.

18           I'm saddened by the fact that she's not here to

19   witness justice being served and to look into the eyes of the

20   people that destroyed her life by murdering her only son.  I'm

21   grateful, however, in spite of her grief, that she never gave

22   up hope that one day justice will be served whether she was

23   here or not.  I will read a statement that I've compiled from

24   several drafts that I found while painfully sorting through her

25   things by myself as her sole remaining child after her burial.

Gapdlops
Sentence

1    And I quote:

2            My name is Antoinette Zaire.  My son is Andrew

3    Balcarran.  If someone else is reading this or if my voice has

4    been recorded, it is either because I feel that my heart and

5    health would forbid me to read or speak to you or because I

6    predeceased the end of the trial, unfortunately.

7            I would like -- I would have liked to see justice

8    served properly.  My family was forced into an early grieving

9    and I was forced into an unnatural grieving for my child,

10   Andrew Douglas Balcarran, when these animals executed my son.

11   As John Walsh says, a life sentence of a broken heart.

12           Andrew was born February 1, 1966.  He was a happy

13   child and the apple of my eye.  He was affectionately called

14   Bam.  He attended Blessed Sacrament High School in New

15   Rochelle, and although he led a trouble life, he managed to

16   obtain his GED.  My son had problems with the law early in life

17   and tried to turn his life around.

18           Andrew was disabled and unable to work at times

19   because of a bad motorcycle accident.  He had several jobs,

20   from construction worker to dietary aide at St. Mary's Center

21   in Manhattan.  He always had a smile and a sense of humor for

22   anyone he came in contact with.  He was so big-hearted that

23   when he had a barbecue, he didn't have it in seclusion or the

24   privacy of his backyard; he had them out in the front yard

25   where all are welcome, even the homeless.  If you were passing

Gapdlops
Sentence

1    by and he saw you, he would call you over to get something to

2    eat or drink.  The children especially had a great time, as

3    this was done for them.  Music blasting, people dancing, and

4    everyone had a great time.

5         He was definitely a people person who loved his fellow

6    man.  All the neighborhood children loved their Uncle Andy.  I

7    myself was born and grew up on Franklin Avenue in the same

8    house he lived in that my family owns.  Back in the day, the

9    neighborhood number runners would give out turkeys on

10   Thanksgiving, liver on Christmas; in the summer they would have

11   a block party.  My son grew up with this tradition and gave

12   back to the community in a similar fashion.  Regardless,

13   neither fire nor wind, birth nor death can erase our good

14   deeds.

15        The last time I saw my son, he had come up to my house

16   and spent the week with me to help me out.  I am also disabled.

17   He put up new curtain rods for me, changed his daughter's room

18   around, and did a lot of errands that I wasn't able to do.  We

19   spent quality time together and laughed and loved, and so he

20   left my home on August 1st.  He left at that time to get back

21   to the Bronx to put flowers on his daughter's mother's grave

22   for her birthday on August 2nd.  I never saw my son's beautiful

23   brown eyes again.

24        On August 11, 2002, my son, my first born and only

25   son, was viciously and brutally shot near his home on Franklin

Gapdlops
Sentence

Avenue.  My son died the morning of August 12th.  As he lay

where a shotgun blast ripped open his left side, while coherent

and still alert he identified Tito as one of the shooters.

Andy always had a big, beautiful smile for everyone.  Now I can

only see that smile in pictures and my mind's eye.

Years have gone by without the blink of an eye.  He

was taken away and I never got to say goodbye, thank him, or

tell him how much I loved him, although I know that he knew.

I'm grateful to God that he allowed Andrew to be my son and

give me the love and joy that was my life.  I'm also grateful

to God that he didn't let it be that I couldn't bury my child.

Some families are left wondering forever.  I just want the

perpetrators to be brought to justice.

End quote.

My mother also wanted me to read this to you, your

Honor:

Everyone remembers when a child is born, but when that

child is taken, the memories are torn.  Will anyone remember,

will anyone see all the joy and laughter that my son brought to

me?  Will anyone remember the love he had to give and the way

he smiled, the way he talked, the way he lived?  Will they

remember that my son lives on?  Just look at me and you will

see the never ending bond.  Will anyone remember that my job is

to keep his memory alive and celebrate his life?  This is how I

can survive.  And when it is his birthday, I can celebrate his

Sentence

1    birth so everyone can remember that my son walked this earth.

2            And that was all from my mother, who struggled in the

3    remaining years of her life trying to find justice for her son.

4    Because of this act, her only focus was these five people that

5    were involved in this.  She was never really there anymore for

6    anyone else.  She devoted her entire life.  It made her sick.

7    It forced her into a stroke, and even after the stroke all she

8    could talk about was her Andy.

9            Andy meant a lot to me, too.  I'm his younger sister

10   by 11 years.  My brother took care of me from the time -- from

11   way back before I could even remember.  I remember being in

12   preschool and him coming to pick me up from school on the back

13   of his bike and making me sandwiches after school until my

14   mother got home from work.  She raised us both by herself.  No

15   help.  He was all I had.  He was my guardian and he was my

16   hero.  He was -- he doted on me like I was his own child.

17   Before he had my niece and his son, I was his baby.  He took

18   care of me.  He was my father, because my father died.

19           And these people took him away from us.

20           How can you do that?  How can you look someone in the

21   eye and take their life?

22           These cowards took my brother away and forced us into

23   an unnatural grieving.  We had to raise his 12-year-old

24   daughter.  Shouldn't he have been there to do that?  Because of

25   them, the house that I just mentioned, that my family owned on

Gapdlops
Sentence

1  Franklin Avenue, that has been in the family since the 1940s,

2  it had to be sold because Andy no longer lived there and I

3  couldn't bear to live there.  He was killed just feet away from

4  that door.  My mother was born and raised in that house and now

5  it doesn't belong to us anymore.

6       My son at the time of Andy's death, he was four years

7  old.  And people don't think that four-year-old kids can

8  comprehend death or loss of a loved one.  My baby cried for

9  weeks.  I got a call from his school one day saying that they

10 needed to meet with me.  And that particular day the teachers

11 were telling the kids, you know, to draw pictures of people

12 that you admire.  A lot of kids drew pictures of firemen,

13 policemen and such, Superman.  My four-year-old baby drew a

14 picture of my brother getting shot, and he said he wished he

15 had his uncle Andy.  How do I explain that to that baby?  I

16 couldn't.

17      I couldn't explain that to him, how to get over that.

18 My son is still not over it.  My son is 18 years old and still

19 misses his uncle.  And my son Shareef didn't have a father in

20 his life.  Andy was his father figure.  Andy is the one that

21 did everything with him.  Even as a four-year-old kid, he loved

22 his uncle.  He doesn't have that now.  He didn't have anyone to

23 teach him how to shave his face.  He didn't have anyone to talk

24 to about the changes in his body as a man.

25      This man here, or shell of a man, he can talk to his

Gapdlops

Sentence

kids.  He can call him them up on the phone, write letters.

They can go visit him.  He's not dead.  He's not unreachable.

My brother, knowing that I am going to see my brother again is

just hard to ask.  And I very well can't because I have these

people to look after, because right now I'm the matriarch of

this family because my mother is no longer here.  I had to bury

my mother by myself.  My brother should have been here for

that.  I had to step up and be this person to protect this,

this strong image.  My brother should have been here for that.

I just don't understand how he could sit here and, you

know, be able to give advice to his children and his nephews

and his family.  Andy's not here to give that to his children

or to his grandchildren.  We have been subjected to a life

sentence, a life sentence of sadness, my entire family.  I gave

the statements that were given to me on Facebook and through

email, from people that love my brother, people that had been

in his life from the time he was in preschool.

My brother wasn't perfect.  He wasn't a saint, by no

means, but he is still a human being and he bleeds red blood

just like everyone in this courtroom does.  He should not have

had his life taken for something so minute and so stupid.

And I don't care how much you say you're sorry.  God

will have to judge you.  Because I can't fathom the hatred in

my own heart.  As much as I would like to hate you, I cannot

force myself --

Gapdlops
Sentence

1          MR. RICCO:  Your Honor, I'm going to object, under

2     United States v. Eberhart.  Victim statements -- I'm sorry,

3     your Honor -- are made to the Court and they should not be done

4     in a way that is making direct comments with the defendant,

5     provoking a response.

6          Mr. Lopez previously responded to the last person who

7     spoke.  I didn't object because I feel that people have a right

8     to express themselves at the sentence, but I believe that that

9     doesn't extend to a personal dialogue with Mr. Lopez.

10          And I would also, your Honor, request the right to

11     respond under United States v. Eberhart when these addresses

12     are due, are complete.

13          THE COURT:  All right.  Mr. Dampier, if you could

14     focus on what it is you want to tell me rather than what it is

15     you want to tell the defendant.

16          Go ahead.

17          MS. DAMPIER:  I just felt like I needed to say that

18     because Mr. Lopez turned around and mouthed "sorry" to me, OK,

19     so I felt the need to answer his apology.

20          THE COURT:  I understand.

21          MS. DAMPIER:  I do not forgive him.  Maybe someday in

22     the future I can.

23          But as far as his sentence is concerned, since we have

24     been sentenced to a life of sadness, why not him?  Why not his

25     family?

Gapdlops
Sentence

1    I'm not a very, very religious person but I found a

2    quote that I'd like to read from Matthew, Chapter 5, Verse 21

3    through 26:  "You have heard that it was said to those of old,

4    'You shall not murder, and whoever murders will be liable to

5    judgment.'  But I say to you that everyone who is angry with

6    his brother will be liable to judgment.  Whoever insults his

7    brother will be liable to the counsel.  And whoever says, 'You

8    Fool!' will be liable to the hell of fire.

9    "So, if you're offering your gift at the alter and

10   there remember that your brother has something against you,

11   leave your gift there before altering God.  First be reconciled

12   with your brother and then come and offer your gift.  Come to

13   terms quickly with your accuser while you are going with him to

14   court, lest your accuser hand you over to the judge and the

15   judge to the guard and you be put in prison.  Truly I say to

16   you, you will never get out until you have paid the last

17   penny."

18   That's all I would like to say.

19   THE COURT:  All right.  I'll hear from Mr. Balcarran's

20   nephew.

21   Could you tell us your name, sir?

22   MR. FERRER:  Shareef Ferrer.

23   THE COURT:  Go ahead.

24   MR. FERRER:  My mom is right.  He was like a father to

25   me.  The only memory I have of him was of him kissing me and

Gapdlops
Sentence

1  telling me he loved me.  It sucks not to have an uncle.  It

2  sucks when I see photos of him, not even a video, nothing, just

3  photos, and the stories about him, how much of a great man he

4  was.

5       I know how much he made an impact on my family, how

6  much he impacted Bethanni and my mom.

7       I think this man deserves the life sentence.  There is

8  no way that Andy could come back.  I wish he would.

9       (Pause)

10      I'm never going to forget him, I'm never going to

11  forget my uncle.

12      I know when my mama told me how he died, I couldn't

13  bear to hear everything that she told me.  I read everything.

14  I read the autopsy.  I read everything.  It sucks to hear that

15  an old family member and read about how and exactly how he

16  died, what he died from, all the wounds, everything.  From

17  beginning to end, that was the worst thing I ever heard in my

18  life.

19      That's all I have to say.

20      THE COURT:  All right.  I'll hear from Mr. Balcarran's

21  son-in-law.

22      Could you tell us your name, sir?

23      MR. DERRY:  My name is Dennis Derry.

24      My fiancée, Bethanni Balcarran, is the daughter of

25  Andrew Balcarran.  I have two kids, Skylar, 4, and Mason, 2.

Gapdlops
Sentence

1   They will never get to know their grandfather.

2           I was never given an opportunity to meet Andrew

3   Balcarran and ask for Bethanni's hand in marriage.  Bethanni

4   and I have her father walk her down the isle at the wedding.

5   Andrew will never see how much his daughter has accomplished in

6   her life and to see her (sic) daughter as a mother.  Andrew

7   would have been so proud of her.  Andrew would have seen all of

8   that, but because of a lie he was killed.

9           Luis Lopez should be sent to prison for having Andrew

10  killed and for my family to suffer for the rest of our lives.

11          Thank you.

12          THE COURT:  Ms. DeFelice.

13          MS. DeFELICE:  I just want to say one of the things is

14  with this event, everybody's life had stopped, the whole

15  family, and that's, as Alnisa said, Antoinette's life,

16  everything stopped, and her main claim was -- her main focus

17  was to find these people.  We all drove around with the posters

18  on our car.  We all worked together trying to find out what

19  happened, because that day it was like the world stood still.

20          I was trying to listen just now when Mr. Lopez was

21  talking to us.  I'm not sure if he addressed the family or

22  looked at them to say anything to them; I really didn't get all

23  of that.  But this is something that affected everybody in this

24  family no matter where we were.  I wasn't in New York, I don't

25  think, at that time but it affected me.  My life stopped and as

Sentence

1  everybody else in this family did.

2         I just want to say that this is something that's

3  hard -- I just can't think of how this was done so

4  deliberately.  Andy was doing something for the neighborhood,

5  for everyone to celebrate, and for this thing to happen like

6  that just because of something that was very trivial, I don't

7  know.  But I hope that the right balance is given to Andy's

8  family, his sister, his mother who has passed, the rest of the

9  family that's here.

10         I can't do anything more.  Like Alnisa said, I pray to

11  forgive but it's still in my heart every day.  Everything is

12  played out like it was yesterday, clear as can be.

13         And so this is all I can say right now.  Thank you.

14         THE COURT:  Mr. Ricco, is there something else you

15  wanted to say?

16         MR. RICCO:  You know, Judge, I really don't.  I have a

17  great deal of respect for people to grieve and to express

18  themselves.  I'm always concerned about how my silence or lack

19  of objection will be viewed by others down the line.  I know

20  that this Court listens greatly, and I know this Court is not

21  unduly prejudiced by comments.

22         I just want to say for the record that there has been

23  a constant referral to -- that this happened because of a

24  "lie," that Mr. Balcarran was doing something positive for the

25  neighborhood.  Judge, I didn't sit through the trial.  I am not

Sentence

1    familiar with the events that took place.  I rely upon the

2    presentence report and the information that was provided to us

3    by the government.  I don't want to belabor the record, we

4    think, but my understanding of what this event -- why this

5    event took place was provided in sworn testimony before your

6    Honor as to what the circumstances were related to it.  I don't

7    want to restate them, I don't have to.

8            And I understand how important and what the

9    relationship is between the victims and the deceased.  It is

10   heartfelt.  It is genuine.  And I would ask the Court to not

11   evaluate Mr. Lopez's conduct, whatever weight the Court gives

12   to it, based upon a lie, because that is not my understanding

13   of why these events took place and what happened as set forth

14   in the presentence report.

15           THE COURT:  Anything else --

16           MR. RICCO:  Thank you very much, your Honor.

17           THE COURT:  Anything else the government wishes to

18   say?

19           MS. KORENBAUM:  Just briefly, your Honor.

20           I believe that what the family members who attended

21   the trial are referring to is the testimony by the cooperating

22   witness that his cousin left out the part that this was at

23   least in large measure over drug territory and not just a

24   threat.  I think that's what they are referring to.

25           THE COURT:  Sorry.  Could you expand on that a little

                              Sentence

1    bit?  I am having a little trouble understanding your point.

2            MS. KORENBAUM:  I believe, your Honor, that the events

3    leading up to the murder, Mr. Lopez went to his cousin and, as

4    the cousin testified, told him that he was being threatened and

5    so the cousin wanted to protect him and wanted to help him.

6    However, there was another aspect to this as well.  It wasn't

7    just about a threat; it was also about drug territory and

8    wanting to maintain drug territory.  So there were at least two

9    reasons for the murder, and I believe that's what the family

10   members were referring to when they say Mr. Lopez in part lied

11   by excluding that piece of information when he went to his

12   cousin to procure the murder.

13           THE COURT:  OK.  In deciding upon an appropriate

14   sentence, I have considered all the factors listed in Title 18,

15   United States Code, Section 3553(a), including the nature and

16   circumstances of Mr. Lopez's offense, his personal history and

17   characteristics, the need for the sentence imposed to reflect

18   the seriousness of the offense -- and it is a very serious

19   offense -- the need to promote respect for the law, to provide

20   just punishment, and to afford adequate deterrence to criminal

21   conduct.

22           I will begin with the nature and circumstances of the

23   offense.

24           Mr. Lopez pleaded guilty to violating Title 18, United

25   States Code, Section 924(j) by during and in relation to a drug

                                Sentence

  1    trafficking conspiracy, together with others, causing the death

  2    of Andrew Balcarran, and he did that by aiding and abetting

  3    others who discharged a firearm at Mr. Balcarran in the

  4    vicinity of Franklin Avenue and East 169th Street in the Bronx.

  5    And the murder happened on August 11, 2002, but the case was

  6    not charged until 2014.

  7            The evidence at the trial of Efrain Lora, as well as

  8    the facts set forth in the presentence report, indicate that

  9    the murder of Andrew Balcarran was the result of a dispute over

 10    drug turf in the vicinity of Franklin Avenue and East

 11    169th Street.  Mr. Lopez was a street-level seller of cocaine

 12    in that area.  As of August 2002, he sold cocaine at that

 13    location pretty much every day.  Mr. Lopez was supervised by

 14    his codefendant, Oscar Palmer, also known as "Tito," who paid

 15    him $500 a week.  Tito obtained the cocaine sold by Luis Lopez

 16    from codefendant Efrain Lora.

 17            Andrew Balcarran was selling drugs in the same

 18    neighborhood.  On or about August 11, 2002, he confronted

 19    Mr. Lopez on Franklin Avenue.  He punched him in the face,

 20    knocking him to the ground.  Mr. Balcarran instructed Lopez to

 21    tell his boss Tito that Mr. Balcarran owned the block and that

 22    if Tito wished to sell drugs on that block, he was going to

 23    have to pay Mr. Balcarran.

 24            Mr. Balcarran told Lopez that if he saw him selling

 25    drugs on the block again, he would kill him.  Mr. Balcarran

Gapdlops

Sentence

1    also directly threatened Tito and Luis Trujillo, another member

2    of the cocaine conspiracy.

3         Tito reported Mr. Balcarran's threats to Efrain Lora,

4    who was the head of the cocaine conspiracy at that location.

5    And Mr. Lora stated that it was time to get rid of

6    Mr. Balcarran.  Tito agreed, and told Mr. Lopez that he would

7    have to kill Mr. Balcarran.  Lopez, who didn't want to commit

8    the murder, suggested that his cousin Dery Caban commit the

9    murder.

10        Mr. Caban was close with Mr. Lopez, who was his only

11   relative in the area, and they spoke daily.

12        Tito, Mr. Lopez, and Luis Trujillo then drove to

13   Mr. Caban's home.  Tito and Luis Lopez explained to Caban that

14   Mr. Balcarran had threatened to kill Luis Lopez and that Tito,

15   Lopez and Luis Trujillo all were afraid for their lives.

16   Mr. Caban agreed to kill Mr. Balcarran for them, and it is

17   undisputed that Mr. Caban agreed to help in order to protect

18   Mr. Lopez, his cousin.

19        These four men then went to Mr. Trujillo's home, where

20   he stored firearms.  Trujillo put a shotgun and a handgun in

21   the back seat of Tito's car.  Mr. Lopez got into the car with

22   Efrain Lora, and the two men began searching for Mr. Balcarran.

23   They spotted him in the vicinity of Franklin Avenue and

24   169th Street, near Mr. Balcarran's home.

25        Lora then called Tito, who was in a separate vehicle

Gapdlops
Sentence

1    with Caban and Luis Trujillo, and reported where Mr. Balcarran

2    was.  Trujillo drove to that location.  When they spotted

3    Mr. Balcarran, Tito called Mr. Balcarran over to the car.

4    Caban, who was sitting in the back seat, then lowered the

5    window and shot Mr. Balcarran with the shotgun.  Tito then got

6    out of the car and shot Mr. Balcarran several times with a

7    handgun.

8         Trujillo then drove away.  Lora and Luis Lopez drove

9    down the block in their car to confirm that Mr. Balcarran had

10   been killed.  Tito and Mr. Trujillo fled to the Dominican

11   Republic.  Lora remained in the area and continued to sell

12   drugs there for many years.  Mr. Lopez contends that he stopped

13   selling drugs at that point and turned his life around, and

14   there is no evidence before me that contradicts that assertion.

15        Let me say that this was a vicious, vicious crime.

16   Mr. Balcarran was brutally murdered in front of his home and

17   within earshot of his family.  He had a 12-year-old daughter at

18   the time, who we've heard from this afternoon and to whom he

19   was the only parent, given that the daughter's mother had died

20   when she was four years old.  The effect on the victim's family

21   was devastating, as is evident from the letters that have been

22   sent to the Court and as is evident from the statements that

23   have been made in court this afternoon.

24        As to Mr. Lopez's personal history and

25   characteristics, he's 40 years old.  He has no criminal record.

Gapdlops
                              Sentence

1    It is highly unusual to find a defendant charged with a crime

2    as serious as this who has no criminal record.  Mr. Lopez was

3    born and raised in Puerto Rico in a stable home.  His family

4    lived in a dangerous, crime-ridden neighborhood, however, and

5    at age 17 his parents sent him to live with an uncle in New

6    York.

7            The uncle was a building superintendent and Mr. Lopez

8    worked for him for about a year and a half.  He wasn't paid

9    much.  Mr. Lopez became convinced that his uncle was taking

10   advantage of him and so he went out on his own and worked at

11   odd jobs to support himself.  Eventually, he began selling

12   drugs.  He also started using marijuana and cocaine.

13   Eventually, he turned to ecstasy.

14           Mr. Balcarran was murdered on August 11, 2002.

15   Mr. Lopez appears to have turned his life around after the

16   murder.  He entered a three-year drug treatment program which

17   he completed successfully.  According to Mr. Lopez, he's been

18   drug-free since that time.

19           In 2002, he began what would become a 13-year

20   relationship with his girlfriend and her two young children,

21   whom he helped raise.  Mr. Lopez also secured legitimate

22   employment working at Auto Zone, in construction, and between

23   2007 and his arrest in 2015, at a heating supply company in

24   Queens.

25           Before I go further, there's one legal issue that the

Gapdlops
Sentence

1    parties addressed in their papers, although it was not raised

2    this afternoon, and that is the applicability of the five-year

3    minimum mandatory sentence applicable under 18 United States

4    Code Section 924(c).  The government contends a five-year

5    minimum mandatory sentence is applicable under that section.

6    The defendant contends that no mandatory minimum is applicable.

7            The case law is split on the issue.  In a summary

8    order that is, of course, not binding on me, the Second Circuit

9    has stated that the mandatory minimum term of imprisonment set

10   forth in Section 924(c), that those mandatories minimum terms

11   of imprisonment are also applicable to convictions under

12   924(j).  See United States v. Young, 561 F. App'x 85, at 93 (2d

13   Cir. 2014) ("In light of the explicit incorporation [of

14   Subsection 924(c) into subsection 924(j)], Section 924(j)'s

15   failure to repeat the penalty enhancement set forth in Section

16   924(c) does not evince Congressional intent to permit

17   concurrent sentencing and to eliminate mandatory minimum

18   sentences."  (Citing United States v. Allen, 247 F.3d 741, 769

19   (Eight Circuit 2001))); see also United States v. Berrios, 676

20   F.3d 118 at 140-41 (3d Cir. 2012), holding that consecutive

21   sentence mandate of Section 924(c) applies to a conviction

22   under Section 924(j).  Other courts, however, have rejected the

23   contention that the mandatory minimum terms of imprisonment set

24   forth in Section 924(c) are applicable to convictions under

25   Section 924(j).  See United States v. Julian, 633 F.3d 1250,

Gapdlops
Sentence

1  1255-57 (11th Cir. 2011).

2          In my judgment, those courts that have found that

3  Section 924(c)'s mandatory minimum terms of imprisonment apply

4  to convictions under Section 924(j) have the better of the

5  argument.  Not only does Subsection 924(j) apply to particular

6  offenses committed "in the course of a violation of Subsection

7  (c)," but -- as the Second Circuit noted in <u>Young</u> -- an

8  alternative interpretation would lead to the peculiar result of

9  having mandatory imprisonment terms where a defendant uses a

10  firearm but not where he actually commits a murder with a

11  firearm.  <u>See</u> <u>Young</u> 561 F. App'x. at 93-94.  This issue is

12  ultimately not material here, however, because as I will

13  explain in a moment I have decided to sentence Mr. Lopez to a

14  term of imprisonment greater than five years.  Accordingly, the

15  mandatory minimum issue has not in any way influenced my

16  sentence.

17          To summarize, the guidelines recommend a sentence of

18  between 292 and 365 months' imprisonment.  The Probation

19  Department has recommended a sentence of 25 years'

20  imprisonment.  The government seeks a sentence within the

21  guidelines' range.  The defense seeks a variance from the

22  guidelines' range but has not suggested what would be an

23  appropriate sentence.

24          With all of this in mind, I will now describe the

25  sentence I intend to impose and then I will ask the parties if

Gapdlops
Sentence

1    there is anything further they wish to say.

2        Mr. Lopez committed a very serious crime.  He aided

3    and abetted a murder.  He procured the shooter, and he helped

4    find the victim.  It was Mr. Lopez who suggested that his

5    cousin, Dery Caban, might be willing to commit the murder.  And

6    Caban agreed to commit the murder, and he testified at the

7    trial of Efrain Lora that he agreed to commit the murder in

8    order to protect his cousin, Mr. Lopez.  Therefore, legally,

9    morally, and practically, Mr. Lopez is responsible for

10   Mr. Balcarran's death.

11       But the surrounding circumstances and the relative

12   culpability of Mr. Lopez cannot be ignored.  Mr. Lopez was the

13   low man on the totem pole.  He was a street-level seller of

14   drugs.  Although he was beaten by Mr. Balcarran and threatened

15   by him if he continued to sell drugs on the block, it was not

16   his decision to kill Mr. Balcarran.  That decision was made by

17   Mr. Lora and the co-conspirator Oscar Palmer, who we've

18   referred to as "Tito."

19       When Tito told Mr. Lopez that he would have to kill

20   Mr. Balcarran, Mr. Lopez didn't want to do it and so he

21   suggested that his cousin might be willing to take on that job.

22   In any event, the point is that Mr. Lopez did not make the

23   decision that Mr. Balcarran would be killed; that decision was

24   made by the leaders of the conspiracy -- Mr. Lora and Oscar

25   Palmer.

Gapdlops
Sentence

1      Moreover, while all life is precious, including the

2  life of Andrew Balcarran, I cannot ignore the fact that

3  Mr. Balcarran was selling drugs and that he threatened to kill

4  Mr. Lopez and his co-conspirators if they continued selling

5  drugs on his block.  Lora, Tito, and their co-conspirators

6  concluded that if they did not kill Mr. Balcarran, he would

7  likely kill them.  He had said as much.  That doesn't excuse

8  Mr. Lopez's crime but it puts it in context.

9      I also cannot ignore the fact that Mr. Lopez

10  maintained a law-abiding life for the next 13 years.  Indeed,

11  he appears to have completely turned his life around after the

12  murder.  He stopped using drugs.  He stopped selling drugs.  He

13  got a job and maintained lawful employment for the next 13

14  years.  He entered into a long-term relationship, and began

15  helping to raise his girlfriend's young children.

16      I also cannot ignore the fact that Mr. Lopez has no

17  criminal record and that he is 40 years old and thus has aged

18  out of the period during which the risk of recidivism is

19  greatest.  To put it another way, it would not be fair, just,

20  or rational to treat Mr. Lopez as another defendant who aided

21  and abetted a murder but then went on to commit additional

22  crimes for the next 13 years.

23      Having said that, a life was taken, a murder was

24  committed, and Mr. Lopez bears responsibility for that murder.

25  His culpability is not as great as other defendants in the case

Gapdlops
Sentence

1    but he bears responsibility.  Accordingly, a significant term

2    of imprisonment must be imposed.  But I'm not convinced that a

3    sentence of 25 to 30 years is necessary either to protect the

4    community or to serve all the other purposes of sentencing.

5        Despite his crime, given his 13 years of law-abiding

6    conduct, I do not believe that Mr. Lopez presents a high risk

7    of recidivism.  I also do not believe that a sentence within

8    the guidelines' range would accurately reflect Mr. Lopez's

9    culpability relative to that of his co-conspirators.

10       Under all these circumstances, I have concluded that a

11   sentence of 10 years' imprisonment is appropriate.

12       With respect to supervised release, I intend to impose

13   a sentence of five years.

14       I intend to impose the following mandatory conditions

15   of supervision:

16       Mr. Lopez will not commit another federal, state, or

17   local crime.

18       He will not illegally possess a controlled substance.

19       He will not possess a firearm or destructive device.

20       He will cooperate in the collection of DNA as directed

21   by the Probation Office.

22       It is my intention to suspend the mandatory drug

23   testing condition in favor of a special condition requiring

24   drug treatment and testing.

25       I intend to impose the first 13 standard conditions of

Gapdlops
Sentence

1    supervised release along with the following special conditions:

2          Mr. Lopez will participate in an outpatient drug

3    treatment program approved by the U.S. Probation Office, which

4    may include testing to determine whether he has reverted to the

5    use of drugs.  I authorize the release of available drug

6    treatment evaluations and reports to the substance abuse

7    treatment provider.

8          Mr. Lopez will submit his person, residence, place of

9    business, vehicle, or any other premises under his control to a

10   search on the basis that the probation officer has a reasonable

11   belief that contraband or evidence of a violation of the

12   conditions of the release may be found.  Any search must be

13   conducted at a reasonable and in a reasonable manner.  Failure

14   to submit to a search may be grounds for revocation.  Mr. Lopez

15   will inform any other residents that the premises may be

16   subject to search pursuant to this condition.

17         Mr. Lopez will report to the nearest Probation Office

18   within 72 hours of release from custody.

19         I do not intend to impose a fine because I find the

20   defendant lacks the ability to pay a fine.

21         I'm required to impose a $100 special assessment.

22         Mr. Ricco, is there anything further you wish to say?

23         MR. RICCO:  Yes, Judge, just one other thing.

24         Your Honor, we recognize that it is just a

25   recommendation, but we would request that the Court make a

Gapdlops
                              Sentence

1   recommendation that the defendant be housed in either Otisville

2   or the Fort Dix facility.  Both are near the city area, and it

3   would help him maintain a relationship with the young children

4   who have been part of his life.

5           THE COURT:  Mr. Lopez, anything further you wish to

6   say?

7           THE DEFENDANT:  No, sir.

8           THE COURT:  Anything else from the government?

9           MS. KORENBAUM:  Nothing, your Honor.  Nothing.

10          THE COURT:  Mr. Lopez, for the reasons I just stated,

11  it is the judgment of this Court that you be sentenced to ten

12  years' imprisonment and five years of supervised release.  Your

13  term of supervised release will be subject to the mandatory,

14  standard, and special conditions of supervised release I just

15  mentioned.

16          You are also ordered to pay a special assessment in

17  the amount of $100.

18          Ms. Korenbaum, are there open counts?

19          MS. KORENBAUM:  There are not, your Honor.

20          THE COURT:  All right.  I do recommend to the Bureau

21  of Prisons that Mr. Lopez be incarcerated as close as possible

22  to the New York metropolitan area and preferably at the federal

23  institutions at Otisville, New York, and in Fort Dix.

24          Mr. Lopez, I am required to advise you of your appeal

25  rights.  You can appeal your conviction if you believe that

Gapdlops
Sentence

1    your guilty plea was unlawful or involuntary or if there is

2    some other fundamental defect in the proceedings that was not

3    waived by your guilty plea.  You also have a statutory right to

4    appeal your sentence under certain circumstances.  With few

5    exceptions, any notice of appeal must be filed within 14 days

6    of judgment being entered in your case.  Judgment will likely

7    be entered tomorrow.

8            Mr. Ricco will discuss with you whether or not you

9    wish to file a notice of appeal.

10           If you are not able to pay the costs of an appeal, you

11   may apply for leave to appeal in forma pauperis.  If you

12   request, the Clerk of the Court will prepare and file a Notice

13   of Appeal on your behalf.

14           Is there anything further?

15           MS. KORENBAUM:  Nothing from the government, your

16   Honor.

17           MR. RICCO:  No, your Honor.  Thank you.

18

19                              -   -   -

20

21

22

23

24

25

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300